UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REESE MICHAEL PLAISANCE            CIVIL ACTION

VERSUS

A. HAYES TOWN, III            NO. 22-00134-BAJ-SDJ

### RULING AND ORDER

On September 14, 2022, the Magistrate Judge issued a **Report And Recommendation (Doc. 9, the "R&R")** recommending that this Court decline the exercise of supplemental jurisdiction over any potential state law claims, and that this action be dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. Plaintiff objects to the R&R. (Doc. 10).

Having carefully considered Plaintiff's Complaint (Doc. 3) and Objection to the R&R (Doc. 10), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.[1]

---

[1] Plaintiff alleges that Defendant, his retained criminal defense attorney, has visited him at his detention facility one time over a two-year period, including video visits. (R. Doc. 3-1, p. 5). Plaintiff also alleges that he cannot reach Defendant on the phone; that Defendant has not given Plaintiff discovery in the case after having been ordered to do so two years ago; that Defendant stated that he is friends with a victim in the relevant criminal case; that Defendant has run up the time limitations associated with Plaintiff's case; and that, when Plaintiff called Defendant the day before a court proceeding after not hearing from Defendant in five months, Defendant yelled at Plaintiff for waking Defendant up at 1:00 p.m. on a Monday. (R. Doc. 3-1, p. 5). Defendant has filed no pleadings in this case.
    Louisiana attorneys are responsible for adhering to the Louisiana Rules of Professional Conduct. Rule 1.3 states that a lawyer "shall act with reasonable

Accordingly,

**IT IS ORDERED** that this action be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 17th day of October, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

diligence and promptness in representing a client." Rule 1.4 reads that a lawyer "shall give the client sufficient information to participate intelligently in decisions concerning the objectives of the representation and the means by which they are to be pursued." Rule 3.2 provides that a lawyer "shall make reasonable efforts to expedite litigation consistent with the interests of the client."

While the Court agrees with the findings, rationale, and recommendation of the Magistrate Judge, the Court notes the serious nature of the allegations contained in the Plaintiff's complaint. While Plaintiff may not obtain relief under the prevailing federal laws, Plaintiff is entitled to pursue this matter with the Louisiana Office of Disciplinary Counsel.